In the Matter of MORRIS EHRENFREUND, Respondent, v. FREDERIC S. BERMAN, as Commissioner of the Department of Rent and Housing Maintenance, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.